# IN THE UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Roxanne Gonzalez, Individually and on Behalf of All Others Similarly Situated,<br><br>      Plaintiff,<br><br>v.<br><br>Grand Celebration Cruises, LLC, Luis S. Pardo, and Jeremy D. Bustamante,<br><br>      Defendants. | Case No.: 3:17-cv-644-GPC-WVG<br><br>**CLASS ACTION**<br><br>**ORDER GRANTING MOTION FOR DISMISSAL OF ENTIRE ACTION WITHOUT PREJUDICE** |

    Plaintiff Roxanne Gonzalez has filed a motion for dismissal of class action lawsuit without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1). Dkt. No. 9.

    Rule 41(a) permits a plaintiff to voluntarily dismiss an action without court order by filing a notice of dismissal before the opposing party serves an answer or a motion for summary judgment. Fed. R. Civ. P. 41(a). A plaintiff representing a class action, however, may voluntarily dismiss an action only if the class has yet to be certified. *See* Fed. R. Civ. P. 23(e).

Here, no answer or summary judgment motion has been filed and no class has been certified. Accordingly, the Court finds that Plaintiff's notice of voluntary dismissal is appropriate. *See Jackson v. Innovative Sec. Servs., LLC*, 2012 WL 2308564, *2 (D.D.C. 2012) ("The purpose of Rule 23(e) is to protect the rights of nonparty members of the class with the court acting in a fiduciary capacity for absent class members. However, this matter was never certified. . . . As such, plaintiffs' request for dismissal of the class action claim is appropriate under Federal Rule 41(a)(1).").

**IT IS SO ORDERED.**

Dated: August 25, 2017

Hon. Gonzalo P. Curiel
United States District Judge